# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PHYLLIS CLAY | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIV-2017-0235-HE |
| | ) | |
| OHH MGMT SUPPORT SERVICES, LLC, and | ) ) | |
| OKLAHOMA HEART HOSPITAL, LLC | ) ) | |
|     Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, PHYLLIS CLAY, by and through attorneys of record, and Defendants, OHH MGMT SUPPORT SERVICES, LLC, and OKLAHOMA HEART HOSPITAL, LLC, by and through their attorneys of record, hereby stipulate to the dismissal with prejudice of all claims and causes of action brought in this case by the Plaintiff, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).  The parties agree that they shall each bear their own attorneys fees and costs.

RESPECTFULLY SUBMITTED THIS 20TH DAY OF OCTOBER, 2017,

    *s/Christa R. Uhland*
    Christa R. Uhland, OBA #30934
    Mazaheri Law Firm, PLLC
    3445 W. Memorial Rd., Ste. H
    Oklahoma City, OK  73134
    Phone: (405)414-2222
    Facsimile: (405)607-4358
    Email:  christa@mazaherilaw.com
    *Attorney for Plaintiff*

*s/ Paul A. Ross*
*(Signed by filing attorney with permission of counsel)*
Paul A. Ross, OBA #19699
Philip Bruce, OBA #30504
MCAFEE & TAFT
10TH Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile:  (405) 235-0439
Paul.ross@mcafeetaft.com
Philip.bruce@mcafeetaft.com
*Attorneys for Defendant*